Michael Adamson (SBN# 321754)
Samantha Frazier (SBN# 359803)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: madamson@susmangodfrey.com
sfrazier@susmangodfrey.com

Ryan T. Weiss (*Pro Hac Vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: rweiss@susmangodfrey.com

*Attorneys for Plaintiffs United Flow Technologies Intermediate HoldCo II, LLC and TW Associates, LLC (d/b/a MISCOwater)*

Marc J. Randazza (SBN# 269535)
Alex J. Shepard (SBN# 295058)
**RANDAZZA LEGAL GROUP, PLLC**
8991 W. Flamingo Rd., Ste. B
Las Vegas, Nevada 89147
Telephone: (702) 420-2001
Email: ecf@randazza.com

*Attorneys for Nonparty John Doe*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE: Motion of Non-Party JOHN DOE*,<br><br>UNITED FLOW TECHNOLOGIES INTERMEDIATE HOLDCO II, LLC and TW ASSOCIATES, LLC (d/b/a MISCOwater)<br><br>Plaintiffs,<br><br>vs.<br><br>SEAN COHOLAN and GOBLE SAMPSON ASSOCIATES, INC.,<br><br>Defendants. | Case No. 2:26-mc-0313 DAD-CSK<br><br>(*pending in the United States District Court for the Northern District of California, Case No. 3:26-cv-01845-RS-KAW*)<br><br>**~~[PROPOSED]~~ ORDER RE: JOINT STIPULATION FOR STAY OF MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS TO LINKEDIN CORPORATION** |

Having reviewed and considered the Parties' Joint Stipulation for Stay of Motion to Quash Subpoena to Produce Documents to LinkedIn Corporation, Nonparty John Doe's Motion to Quash Subpoena to Produce Documents to LinkedIn Corporation (Dkt. 1) is hereby **STAYED** until October 2, 2026. During the stay, the Parties SHALL: (i) meet and confer in good faith to work toward a mutually agreeable resolution of their disputes regarding the Subpoena and Motion; and (ii) refrain from filing further motions related to the Subpoena, including motions to quash or to compel compliance. If the Parties do not resolve their disputes by October 2, 2026, Plaintiffs shall have until October 16, 2026, to file any opposition to the Motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 8, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

7, unit.0313.26.stip.mot.quash