Michael Adamson (SBN# 321754)
Samantha Frazier (SBN# 359803)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: madamson@susmangodfrey.com
sfrazier@susmangodfrey.com

Ryan T. Weiss (*pro hac vice forthcoming*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: rweiss@susmangodfrey.com

*Attorneys for Plaintiffs United Flow Technologies Intermediate HoldCo II, LLC and TW Associates, LLC (d/b/a MISCOwater)*

Marc J. Randazza (SBN# 269535)
Alex J. Shepard (SBN# 295058)
**RANDAZZA LEGAL GROUP, PLLC**
8991 W. Flamingo Rd., Ste. B
Las Vegas, Nevada 89147
Telephone: (702) 420-2001
Email: ecf@randazza.com

*Attorneys for Nonparty John Doe*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

*IN RE: Motion of Non-Party JOHN DOE*,

UNITED FLOW TECHNOLOGIES INTERMEDIATE HOLDCO II, LLC and TW ASSOCIATES, LLC (d/b/a MISCOwater)

Plaintiffs,

vs.

SEAN COHOLAN and GOBLE SAMPSON ASSOCIATES, INC.,

Defendants.

Case No. 2:26-mc-00313-DAD-CSK

(*pending in the United States District Court for the Northern District of California, Case No. 3:26-cv-01845-RS-KAW*)

**~~[PROPOSED]~~ ORDER RE: JOINT STIPULATION FOR CONTINUED STAY OF MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS TO LINKEDIN CORPORATION, AND TO VACATE HEARING DATE, PENDING SETTLEMENT NEGOTIATIONS**

Having reviewed and considered the Parties' Joint Stipulation for Continued Stay of Motion to Quash Subpoena to Produce Documents to LinkedIn Corporation, and to Vacate Hearing Date, Pending Nonparty John Doe's Motion to Quash Subpoena to Produce Documents to LinkedIn Corporation (Dkt. 1) ("Motion") is hereby **STAYED** until November 13, 2026. The hearing on the Motion currently noticed for November 10, 2026 is hereby **VACATED**, subject to being reset by the Court as necessary if the Parties do not resolve this matter.

On or before November 13, 2026, the Parties shall file a joint status report apprising the Court of the status of the settlement negotiations and, if the matter has not been fully resolved, proposing further case deadlines and dates as appropriate.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 14, 2026

Chi Soo Kim
United States Magistrate Judge

7, unit.0313.26.stip.mot.quash.2